FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 12-1677-MJ |
| v. | |
| Tubosun Ladapo | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, __Tubosun Ladapo__ (Defendant), declare that

☑ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20th__ day of __July__, 20__12__
at __Los Angeles, California__
(City and state)

__T. Ladapo__
Signature of Defendant

CR-37 (01/06)                              DECLARATION RE PASSPORT