AUSA Andrew Brown (SBN 172009)
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012
Andrew.Brown@USDOJ.gov, 213-894-0102

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 12-1677M |
| v. | |
| LADAPO IBUKUNOLA TUBOSUN, | **APPLICATION TO THE CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER; ORDER THEREON** |
| DEFENDANT(S). | |

Application is hereby made to the Criminal Duty Judge by the ☒ Government   ☐ Defendant   ☐ PSA pursuant to Local Criminal Rule 46-1.4 for a review of the bail set in the above-entitled matter as follows:

Name of Defendant: LADAPO IBUKUNOLA TUBOSUN
Nature of case *(check one):* ☒ Local   ☐ Out-of-District
Upon *(check one)* ☒ Complaint   ☐ Indictment   ☐ Information
Set by United States Magistrate Judge Suzanne Segal   on July 20, 2012 .
(List all dates of any additional bail reviews: _____.)
Present bail: Set at: $ 100,000   ☐ Detention
Type of Bond: $5,000 cash, $95,0000 unsecured
Additional Conditions of Release: _____
☒ Pre-Trial Supervision   ☒ Surrender of Passport   ☒ Travel Restrictions
☐ CTC Placement   ☐ Drug Testing   ☐ Nebbia Hearing
☒ Other: Home confinement, alcohol restriction

The government ☐ has   ☒ has not requested a stay from the Magistrate Judge of the order setting bail pending a review and decision of the criminal duty judge, and a stay has been
☐ Granted to (defendant has 3 weeks to obtain the sureties and cash).
☐ Denied.
☐ Pending Review.

## NOTICE OF COURT ORDER

By Order of Court, Application for Review is:
☐ Denied without prejudice to a hearing by the trial judge.
☒ Granted and this case is calendared for hearing on  8/1/12  at  10:30
before the District Judge  GEE  in Courtroom No.  7 .

Notice shall be given to: ☒ U.S. Attorney  ☒ Defense counsel  ☒ Pre Trial Services Agency  ☒ Interpreter Section
no later than  7/24/12 .

7/25/12                    **EDUARDO RAMIREZ**
Date                    Criminal Duty Clerk

cc: Magistrate Judge whose bail setting is subject of review

## PROOF OF SERVICE

Notice is hereby given to you of an Application to Criminal Duty Judge for Review of Magistrate Judge's Bail Order and Order Thereon, setting this matter on calendar for hearing.

Notice is given on ___7/23/12___ at ___9:19 AM___ by:

☐ personally handing or

☑ faxing a copy to ___Neha Mehta___
*(Name of counsel for the Government or Defendant)*

## ACKNOWLEDGMENT OF SERVICE

Received by government's counsel on _____ by _____
                                                      *Signature of person served*

                                                      _____
                                                      *Name of person served*

Received by defendant's counsel on ___7/23/12___ by _____
                                                      *Signature of person served*

                                                      ___Neha Mehta___
                                                      *Name of person served*

Received by Pre-Trial Services on _____ by _____
                                                      *Signature of person served*

                                                      _____
                                                      *Name of person served*

Received by Interpreter's Section on _____ by _____
                                                      *Signature of person served*

                                                      _____
                                                      *Name of person served*