SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
NEHA MEHTA (No. 245191)
Deputy Federal Public Defender
(E-mail: Neha_Mehta@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4104
Facsimile (213) 894-0081

Attorneys for Defendant
TUBOSUN LADAPO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 12-1677-M |
| Plaintiff, | ORDER RE: STIPULATION REGARDING MODIFICATION OF SURETY FOR BOND REQUIREMENTS |
| v. | |
| TUBOSUN LADAPO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
the bond set in this matter be modified to allow Theodore Brian Childers to be a
surety in place of David Orisarayi in signing of an Affidavit of Surety without
justification in the amount of $25,000. All preciously set bond conditions are to
remain the same.

DATED: August 7, 2012              By _____

                                   Hon. Suzanne H. Segal
                                   United States Magistrate Judge

Presented by:
/s/ Neha A. Mehta
NEHA MEHTA
Deputy Federal Public Defender