ORIGINAL

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   ANDREW BROWN (No. 172009)
4  Assistant United States Attorney
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0102
        Facsimile: (213) 894-6269
7       Email: andrew.brown@usdoj.gov
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

FILED
CLERK U.S. DISTRICT COURT
JUL 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DC ___ DEPUTY

9              UNITED STATES DISTRICT COURT
10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,    )  Case No. 12-1677M
                                 )
12           Plaintiff,          )
                                 )  GOVERNMENT'S NOTICE OF REQUEST
13       v.                      )  FOR DETENTION
                                 )
14  LADAPO IBUKUNOLA TUBOSUN,    )
                                 )
15           Defendant.          )
                                 )
16  _____)

17       Plaintiff, United States of America, by and through its
18  counsel of record, hereby requests detention of defendant and gives
19  notice of the following material factors:
20       ____  1.  Temporary 10-day Detention Requested (§ 3142(d))
21           on the following grounds:
22           ____  a.  offense committed while defendant was on release
23               pending (felony trial), (sentencing) (appeal) or
24               on (probation) (parole);
25           ____  b.  alien not lawfully admitted for permanent
26               residence;
27           ____  c.  flight risk;
28           ____  d.  danger to community.

| | | |
|---|---|---|
| __X__ | 2. | <u>Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure against</u>: |
| __X__ | a. | danger (economic) to any other person or the community; |
| __X__ | b. | flight. |
| _____ | 3. | <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>: |
| _____ | a. | Defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; |
| _____ | b. | Defendant cannot establish by clear and convincing evidence that he/she will not flee. |
| _____ | 4. | <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>: |
| _____ | a. | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| _____ | b. | offense under 18 U.S.C. § 924(c) (firearm used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk); |
| _____ | c. | offense involving a minor victim under 18 U.S.C. |

     §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

 \_\_\_\_ d. defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, <u>AND</u> defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

 <u>X</u> 5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

 \_\_\_\_ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or

   more;

 \_\_\_\_ b. an offense for which maximum sentence is life imprisonment or death;

 \_\_\_\_ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

 \_\_\_\_ d. instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

 \_\_\_\_ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

 __X__ f. serious risk defendant will flee;

 \_\_\_\_ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

\_\_\_\_ 6. Government requests continuance of \_\_\_\_ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

```
____   7.   Good cause for continuance in excess of three days
            exists in that:

            _____

            _____

            _____
```

DATED: July 11, 2012                    Respectfully submitted,

                                          ANDRÉ BIROTTE JR.
                                        United States Attorney

                                        ROBERT E. DUGDALE
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        /s/ Andrew Brown
                                        ANDREW BROWN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA