ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (No. 172009)
Assistant United States Attorney
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    Email: andrew.brown@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 12-1677M-DMG |
| Plaintiff, | ) <u>WITHDRAWAL OF APPLICATION TO</u> <u>THE CRIMINAL DUTY JUDGE FOR</u> |
| v. | ) <u>REVIEW OF MAGISTRATE JUDGE'S</u> <u>BAIL ORDER</u> |
| LADAPO IBUKUNOLA TUBOSON, | ) |
| Defendant. | ) |

    The government hereby withdraws its Application to the Criminal Duty Judge for Review of Magistrate Judge's Bail Order, which had been calendered for a hearing before the Honorable Dolly M. Gee on August 24, 2012, at 11:30 am.

DATED: August 16, 2012        Respectfully submitted,

                              ANDRÉ BIROTTE JR.
                              United States Attorney

                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division

                                  /S/
                              ANDREW BROWN
                              Assistant United States Attorney
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I, **Stephanie Swisher,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

service was: <u>WITHDRAWAL OF APPLICATION TO THE CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER</u>

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] By hand delivery in court as follows: | [ ] By facsimile as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |

[ ] By electronic e-mail
**DFPD
Neha Mehta
321 East 2nd Street
Los Angeles ,CA 90012**

This Certificate is executed on **August 16, 2012** at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

                                                 /s/
                                    **Stephanie Swisher**